General, *Gilbert F. Nelson,* Deputy Attorney General, *Northcutt Ely, Harry W. Horton, Earl Redwine, James H. Howard, Charles C. Cooper, Jr., Donald M. Keith, Ray L. Chesebro* and *T. B. Cosgrove* for defendants. *Attorney General McGranery* and *Solicitor General Cummings* for the United States.

No. 443.  DROWN, TRADING AS DROWN LABORATORIES, *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied. *Rollin L. McNitt* and *Edythe Jacobs* for petitioner. *Solicitor General Cummings, Assistant Attorney General Murray, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 469.  PACIFIC EMPLOYERS INSURANCE Co. *v.* REED ROLLER BIT Co.  C. A. 5th Cir.  Certiorari denied. *John H. Crooker* for petitioner. *J. Vincent Martin* and *J. D. Head* for respondent.

No. 470.  UNITED MINE WORKERS OF AMERICA ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 6th Cir. Certiorari denied. *Welly K. Hopkins* and *Harrison Combs* for petitioners. *Solicitor General Cummings, George J. Bott, David P. Findling, Mozart G. Ratner, Dominick L. Manoli* and *Margaret M. Farmer* for respondent.

No. 472.  WAGSTAFF *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* for petitioner. *Solicitor General Cummings, Assistant Attorney General Murray, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for the United States.